# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00625-CV

Edge of 17, Inc., d/b/a Five Star Auto Group, Appellant

v.

Jonas Lundblad and Stacia Lundblad, Appellees

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
## NO. D-1-GN-06-004654, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Edge of 17, Inc., d/b/a Five Star Auto Group has informed the Court that it no longer wishes to pursue this appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: July 21, 2009